U.S. District Court
For District of Boston

---

Steven L Smith,
Plaintiff

vs

Barnstable Superior Court
Commonwealth of Mass
Governor Charles Baker
Judge Gildea
Det. Lobur
Attorney Ryan J. Matthews

Docket #

Date — 9-18-21

---

Under U.S.C. 42 & 1983
Civil Complaint

(1) Plaintiff has been held Pre-Trial since 7-5-2018 at Barnstable County Jail 6000 Sheriff Place, Bourne, MA 02532

(2) Defendants are officials of the state of Massachusetts Police officer that arrested me, and my former Attorney. The Judge that declared I'm Incompetent, and The Governor that oversees the Court system.

(3) Plaintiff has filed a few Lawsuits: Smith vs Lewis CV 3:20-30173 (KAR) Smith vs Lobur and Smith vs Barnstable County. Lewis is pending. The other two were dismissed.

II.

## Complaint

1) In November 2021, I asked my 5th court appointed Attorney, Ryan J. Matthews, to prepare and File an ODell Motion, on the grounds/Facts the Commonwealth gained an indictment on child Rape with False and Misleading presentment! Namely:

(1) The Alleged victim called 911 and claimed he awoke with my mouth on his "junk."

(2) He was taken to Hospital, told Nurses he had not washed off and 6 swabs taken of "his junk." This was 7-5-2018. (See Attached)

(3) On 8-21-2018 The Criminalists Report Results showed NO DNA on "his junk." (See ENCLOSED)

(4) The arresting Det Lobur withheld both The Hospital Trem 2B and the above Crimelab Report until Dec 2018.

(5) She then came to the grand jury 1-4-2019 and assisted A.D.A Patterson exclude These Reports by referring to them as "An exam." (See Enclosed/ ATTACHED)

(6) This cology took place:
A.D.A Patterson: Was there an exam of Connor's genital region

III

Det. Lobur: Yes!
ADA Patterson: And who Any <u>semen</u> or <u>seminal fluid</u> detected?
Det. Lobur: NO!

(7) ERGO, WITH MISDIRECTION THE D.A. AND ARRESTING COP EXCLUDED THE FACT, IN AN <u>ORAL</u> RAPE, THAT <u>NO SALIVA</u> WAS DETECTED YET Complainant called 911 and was examined soon after. AND said He did NOT wash off!

8) Det. Lobur Also, twice, testified that our phone texts/records matched per a phone expert or were similar when in fact she knew the Accuser des<u>troyed</u> 95% of his phone records. She <u>also</u> w.Theld the phone dump discs for 5 months... And when she turned over these discs — The Accuser's was encrypted and needed the software in Det. Lobur's <u>sole possession</u>.

(9) 2½ years after my arrest, my 4th Attorney, Matthew Schmitt, wrote to The ADA Patterson: "<u>Kindly ask the police to provide the software to access the accuser's disc.</u>"

(9) IV

As Argued in <u>Smith vs Labua</u> and <u>Smith vs Barnstable Court</u>, none of the <u>5</u> Attorneys appointed to me would file a motion to dismiss on <u>these</u> grounds. <u>None</u> were willing to hold the corrupt cop and unethical D.A. <u>accountable</u>.

(10) Ryan J. Matthews attempted to file a motion to dismiss that gave the officer a good faith argument that she "did not look" at the phone when she testified and made <u>NO</u> mention of the A.D.A. Patterson's Unethical presentment that excluded the fact <u>NO SALIVA</u> was on his pink yet he was swabbed 6 times! And had <u>not</u> washed <u>off</u>. (See Attached)

(11) I decided to represent myself to file my <u>own</u> motion to dismiss.

(12) Ryan soon raised issue of my "incompetency" yet Dr. Ingber at B.S.H. found me competent. So he attacked her on cross — that she <u>must</u> be incompetent or unsupervised and unexperienced in doing evals. The Judge GILDEA sided against Dr. Ingber and found me <u>incompetent</u>. Basically sentencing me w/o a trial to 10 YEARS!!

V

(13) Ryan J. Matthews wrote and told me he would file to Dismiss under MGL 123 16(f) Until he learned I sued him in Federal Court. He wasted 9+ months of my life trying to get me found to be incompetent so I could not file my own MOTION TO DISMISS!! And Judge Gildea let him!

(14) I have Another Lawyer. MR. Rick Berry of Cotoit. He came up and said, Ryan Blew smoke up your ASS. Under MGL 123 16(f) you can be held, without TRIAL, for 1/2 the maximum sentence you could have got if you went to trial — which is 10 years.

(15) He said "Let's get you back to W.R.C.H And find you Competent so we can go to TRIAL" And I will file an ODell Motion" I said, Excuse me — But the court has Found me Incompetent And I've Read the caselaws — I should have my case dismissed. He said OK. And prepared A one page MOTION — He quoted DR Dinsmore That I am "currently" impaired —

VI

(16) Mr. Barry's Motion To Dismiss had No chance to succeed as I Need to be _permanently_ incompetent under M.G.L. 123 16(f) to have my case dismissed. (See opposite side)

(17) However, it did not matter, As he "Forget" to file an Affidavit so the Court did not adjudicate or hear it _yesterday_. And Mr. Barry _tried_ with DA Patterson, to get me _back_ to W.R.C.H. to _get_ me found Competent.

(18) Here, I Never wanted to be diagnosed in the first place yet soon as I insisted to Represent myself, Ryan Matthews Raised issue with my Competency. I Am 100% - 200% Competent. Ryan Matthews did not want to be Responsible for _me_ filing a Motion To Dismiss that would hold the Cop and D.A. Patterson to Account for their perjury and Unethical grand Jury presentment!!

## VII

on 9-16-21

(19) In court, Mr. Barry told me that ADA told him to file an O'Dell Motion and he moved dismiss the Rape case. But first, I must be found competent for him to file it. SURE.

(20) IF the Motion he filed under M.G.L. 123 16(F) (opposite) is any indication of the O'Dell he will file — Then my chances of success are slim to NONE!! Because I highly doubt he will include the Facts — and my prior ACTIONS have included the DNA evidence and Hospital Reports that were not shown to the Grand Jury. (As I shall Attach to This) Wherefore, I ASK This Court to TAKE ACTION AND INTERVENE AS the STATE OF MASSACHUSETTS is VIOLATING MY CONSTITUTIONAL RIGHT TO ADEQUATE COUNSEL, AND Denying me my RIGHT TO Represent myself. Because if I refuse to allow a lawyer represent me — They move to get me found incompetent when I agree to be represented by their sell out "court

VIII                    See over →

Lawyer — I Am deemed Competent!! But The EVIDENCE "Speaks" For ITSELF. The EVIDENCE IS NOT EITHER IN COMPETENT OR INCOMPETENT — IT REMAINS FIXED.

YET The Lawyers have kept the Judge From ADJUDICATING IT FOR 3½ years.

The BOTTOM Line is — This 16 year old is A LIAR — He called 911, made the CRAZY Claim my mouth was on his Junk. The Police Det. Lobur Refused to TALK to ME. TOOK me here 3½ years Ago. (STOLE my DOG.) AND TOOK him to HOSPITAL FOR 6 SWABS. When it CAME BACK NO DNA on him: She Withheld The Reports. Then Came and Testified so As to EXclude this STATE evidence!! And NOT A single Lawyer has done Anything to get me out! Since 2018 I seek A JURY TRIAL 7-5-2018 AND 10 Million Dollars!

Steven L Smith
# 716070
Barnstable Jail

See OVER ↓

COMMONWEALTH OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2021 SEP 22 PM 12:22

BARNSTABLE, SS

SUPERIOR COURT
INDICTMENT 1972CR00006

U.S. DISTRICT COURT
DISTRICT OF MASS.

COMMONWEALTH )
)
)
V. )
)
)
STEVEN L. SMITH )
)

*[handwritten: This is A MOTION TO TRIAL, NOT DISMISS!! ✓]*

## MOTION TO DISMISS PURSUANT TO MGL C. 123 SEC. 16(f)

Now comes the Defendant in the above captioned matter and moves this honorable court to dismiss the above captioned matter pursuant to MGL C 123 Sec 16(f). The Defendant has been in custody since January 31, 2019 *[handwritten: 7-5-2018]* initially on being declared Dangerous, then on Bail, and currently held on Bail and being deemed incompetent. Justice Gildae declared the Defendant incompetent after a hearing on March 25, 2021 and ordered that a further competency evaluation be performed at the Worcester Recovery Center And Recovery Hospital. Dr Andrea Dinsmore opines in her April 28, 2021 Competency Evaluation:

*[handwritten: I Need to be permanently! Current is Temporary]*

I concurr with the Court Mr. Smith's current presentation is currently impairing his ability to effectively communicate with counsel to form a defense and has impaired his rational appreciation for his legal situation, as his thinking is so clouded by his paranoia and narcissism that he is unable to parcel the reality based information and appreciate the potential impact that it may have on his case. *[handwritten: He had to know it!]*

It should be noted that the current counsel is the seventh attorney assigned to Mr Smith's case and it appears that he has been incompetent since the inception of these indictments. Therefore, the

*[handwritten: The Reality is The DNA evidence, a Hospital Reports a Unethical Grand Jury presentment!]*